UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CAROL A. WOISCHKE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

CASE NO. C07-5704RJB-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The decision in plaintiff's Remand Hearing issued by Administrative Law Judge Arthur Joyner on June 27, 2007, is **REVERSED and REMANDED** to the Commissioner for further administrative proceedings;

(3) As consistent with the Report and Recommendation, the sole issues to be re-considered on remand are those relating to the medical evidence in the record concerning plaintiff's problems with persistence and pace, and how they affect plaintiff's residual functional capacity, and thus plaintiff's ability to perform other work existing in significant numbers in the national economy; and

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

DATED this 3rd day of September, 2008.

Robert J. Bryan
United States District Judge

ORDER - 1